FILED
SEP 28 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RADILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>FUJIOKA, et.al.,<br><br>    Defendant. | 1:04-cv-05229-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 38)**<br><br>**ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT (Doc. 30 & 31)** |

    Juan Radillo ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 12, 2006, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's motion for summary judgment be granted in part and denied in part and Defendants cross motion for summary judgment be granted. The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and

1

Recommendations were to be filed within fifteen (15) days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The Court does note that the Magistrate Judge recommended granting both Plaintiff's and Defendants' motion for summary judgment on Plaintiff's First Amendment claim. On the First Amendment claim, the undisputed facts show a constitutional violation. However, Defendants are entitled to qualified immunity. As such the court finds that only Defendants are entitled to summary judgment on this claim because, despite the occurrence of a constitutional violation, Defendants have successfully defeated this claim based on the defense of qualified immunity.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 12, 2006, are ADOPTED; and,

2. Defendants' motion for summary judgment is GRANTED;

3. Plaintiff's motion for summary judgment is DENIED; and

4. The Clerk of Court is DIRECTED to enter judgment for Defendants.

9/28/06