# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

JUAN RADILLO,

      Plaintiff - Appellant,

  v.

FUGIOKA; et al.,

      Defendants - Appellees.

No.   07-16673
D.C. No.  CV-04-05229-AWI

**ORDER**

FILED

OCT 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith      [  ]

Explanation: _____

_____

_____

_____

Judge
United States District Court

Date: _10 · 18 - 07_____